No. 94–7409. RIVERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7410. CAREY v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7411. CANTU v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7414. UNGER v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 94–7415. CROWDER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7416. WHITE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7417. SAMUELS v. AIR TRANSPORT LOCAL 504 ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7418. PIGOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7420. HARRIS v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–7421. CUEVAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–7422. LORANG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7423. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7424. CONNELLY v. GROSSMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7426. SAPP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7428. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7429. STEINMARK v. UNITED STATES; and
No. 94–7601. TRAINOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.